NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE IMPAX LABORATORIES, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 131

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 11-CV-1152, Judge Sue L. Robinson.

---

## ON PETITION

---

## ORDER

Impax Laboratories, Inc. (Impax) submits a petition for a writ of mandamus to direct the United States District Court for the District of Delware to vacate its order denying Impax's motion for a protective order that includes an FDA bar, and to direct the Delaware district court to enter a protective order that includes such a bar.

Upon consideration thereof,

IT IS ORDERED THAT:

Cephalon is directed to respond no later than July 30, 2012.

FOR THE COURT

___JUL 17 2012___                   /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk


cc: Roger J. Chin, Esq.
    William J. Mardsen, Jr., Esq.
    Clerk, United States District Court for the District of
Delaware

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2012

JAN HORBALY
CLERK